UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JESSICA DE LA ROSA,

                Plaintiff,

    -against-

AURA LLC D/B/A MICKEY SPILLANE'S and
350 WEST 49TH STREET LIMITED PARTNERSHIP,

                Defendants.

Case No. 15CV9943

REQUEST FOR
CLERK'S CERITIFICATE

---

TO:   RUBY J. KRAJICK
       UNITED STATES DISTRICT COURT
       SOUTHERN DISTRICT OF NEW YORK

Please enter the default of defendants AURA LLC D/B/A MICKEY SPILLANE'S and 350 WEST 49TH STREET LIMITED PARTNERSHIP for failure to plead or otherwise defend this action as fully appears from the court file herein and from the attached affirmation of Donald J. Weiss, Esq..

Dated: March 8, 2016

                                          Donald J. Weiss, Esq. (7619)
                                          Attorney for Plaintiff
                                          747 Third Avenue, Suite 1101
                                          New York, NY 10017