```
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/8/16
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESSICA DE LA ROSA,

                Plaintiff,

      -against-

AURA LLC D/B/A MICKEY SPILLANE'S and
350 WEST 49TH STREET LIMITED PARTNERSHIP,

                Defendants.

Case No. 15CV9943

CLERK'S CERITIFCATE
OF DEFAULT

      I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on December 21, 2015 with the filing of a summons and complaint, which was served on defendant AURA LLC D/B/A MICKEY SPILLANE'S by service on the Secretary of State on January 8, 2016 and on defendant 350 WEST 49TH STREET LIMITED PARTNERSHIP by service on the Secretary of State on January 11, 2016, and proof of such service thereof was filed on February 22, 2016. I further certify that the docket entries indicate that the defendants AURA LLC D/B/A MICKEY SPILLANE'S and 350 WEST 49TH STREET LIMITED PARTNERSHIP have not filed an answer or otherwise moved with respect to the complaint herein. The default of defendants AURA LLC D/B/A MICKEY SPILLANE'S and 350 WEST 49TH STREET LIMITED PARTNERSHIP is hereby noted.

Dated: New York, New York
3/8/2016

RUBY J. KRAJICK
Clerk of Court

By: _____
Deputy Clerk