

**D A V I D  A. K A M I N S K Y**
**&  A S S O C I A T E S ,  P. C.**
**A T T O R N E Y S  A T  L A W**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: <u>March 30, 2016</u>

325 BROADWAY  SUITE 504  NEW YORK, NY 10007
TEL: 212.571.1227   FAX: 212.571.7004

DAVID A. KAMINSKY

RON KAPLAN of counsel
JAMES A. ENGLISH of counsel
MAUREEN NEFF of counsel

March 29, 2016

**VIA ECF AND**
**EMAIL to Failla_NYSDChambers@nysd.uscourts.gov**

# MEMO ENDORSED

Honorable Katherine Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

>         **Re: Jessica De La Rosa v. Aura, LLC**
>         **d/b/a Mickey Spillane's and 350 West 49th Street Limited Partnership**
>         <u>Case # 15 CV9943</u>

Honorable Judge Failla:

Please be advised that we represent the Defendants in the above-referenced matter.

We were recently retained by the Defendants to represent them in the above-referenced matter and as such, we respectfully request that the time for the Defendants to interpose an answer to the Plaintiff's Summons and Complaint dated January 11, 2016 be extended to May 2, 2016. We need this thirty (30) day extension so that we may review the matter fully and prepare the appropriate defenses.

We contacted the Plaintiff's Counsel, Donald Weiss, who has graciously consented to this requested thirty (30) day extension.

Respectfully,

David A. Kaminsky, Esq.

cc:  Donald Weiss, Esq.
    Aura, LLC d/b/a Mickey Spillane's
    350 West 49th Street Limited Partnership

Defendants' request for an extension of time is GRANTED.
Defendants must answer, move or otherwise respond to the Complaint
by May 2, 2016.  In addition, the initial pretrial conference,
which was adjourned *sine die*, is now scheduled for May 4, 2016, at
3:30 p.m.  The parties must adhere to the pre-conference
requirements set out in the Court's Order dated December 29, 2015
(Dkt. #5).


                              SO ORDERED.


Dated: March 30, 2016         HON. KATHERINE POLK FAILLA
       New York, New York     UNITED STATES DISTRICT JUDGE